IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL BASHFORD
ADC #152872                                                                                    PLAINTIFF

V.                                    NO. 1:13-CV-00106 KGB/BD

BILLY COWELL                                                                                  DEFENDANT

## ORDER

Summons to Defendant Billy Cowell has been returned to the court unexecuted by the Arkansas Department of Correction ("ADC"). The Clerk of Court is directed to reissue a summons for Defendant Cowell, and the United States Marshal is directed to serve copies of the complaint (docket entry #2), along with any attachments and a summons for Defendant Cowell, without prepayment of fees and costs or posting security. Service should be through Correct Care Solutions, the medical provider for the ADC, in care of its counsel, Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.

DATED this 22nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE