**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**PAUL BASHFORD**                                                    **PLAINTIFF**
**ADC #152872**

**v.**                  **Case No. 1:13-cv-00106 KGB/BD**

**BILLY COWELL**                                                  **DEFENDANT**

**<u>ORDER</u>**

Plaintiff Paul Bashford filed this lawsuit *pro se* while he was an inmate at the Grimes Unit of the Arkansas Department of Correction "(ADC)" (Dkt. No. 2). It appears that Mr. Bashford is no longer incarcerated by the ADC, as evidenced by mail returned to the Court as "refused, unable to forward." (Dkt. Nos. 15, 16). On March 17, 2014, the Court ordered Mr. Bashford to file within 21 days a status report stating whether he wanted to proceed with this action (Dkt. No. 17). The Court also ordered Mr. Bashford to notify the Court of his current mailing address, as required by Local Rule 5.5(c)(2), and to submit an updated application for leave to proceed *in forma pauperis*. The Court warned Mr. Bashford that his case could be dismissed if he did not comply with the Court's Order.

Mr. Bashford has not complied with the Court's March 17, 2014, Order, and the time for doing so has passed. Accordingly, Mr. Bashford's claims are dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failure to comply with a Court Order and to prosecute this action diligently. The Clerk of the Court is directed to close this case. Defendant's motion for judgment on the pleadings is denied as moot (Dkt. No. 12).

SO ORDERED this the 15th day of July, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge