IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAUL BASHFORD**                                                              **PLAINTIFF**
**ADC #152872**

v.                     **Case No. 1:13-cv-00106 KGB/BD**

**BILLY COWELL**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this the 15th day of July, 2014.

_____
Kristine G. Baker
United States District Judge